# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NAEEMAH WEST,<br><br>    Plaintiff,<br>v.<br><br>IHG MANAGEMENT (MARYLAND) LLC and<br>SIX CONTINTENTS HOTELS, INC.,<br><br>    Defendants. | **JURY TRIAL DEMANDED**<br><br>Civil Action File No. |

## COMPLAINT FOR DAMAGES

COMES NOW, NAEEMAH WEST, Plaintiff in the above-captioned lawsuit and files this Complaint for Damages against the above-named Defendants, and showing this Honorable Court as follows:

## NATURE OF ACTION

1.

This is an action for personal injury damages arising out of an incident that occurred on September 16, 2019 at the Crowne Plaza Atlanta Airport Hotel.

## PARTIES, JURISDICTION, AND VENUE

2.

Plaintiff is an individual, citizen and resident of the Commonwealth of Pennsylvania residing therein at the address listed above. Plaintiff is a citizen of the Commonwealth of Pennsylvania.

3.

Each of the defendants are corporations or other legal entities with their principal places of business at the following addresses:

>IHG Management (Maryland) LLC
>Three Ravinia Drive, Suite 100
>Atlanta, GA, 30346
>(c/o United Agent Group Inc.)
>2 Wisconsin Circle, #700
>Chevy Chase, MD

and

>Six Continents Hotels, Inc.
>Three Ravinia Drive, Suite 100
>Atlanta, GA 30346
>(c/o United Agent Group, Inc.), its agent
>2985 Gordy Parkway, 1st Floor
>Marietta, GA 30066

It is believed and therefore averred that each Defendant is a citizen of the State of Georgia.

4.

Defendants transact business in the state of Georgia.

5.

This Court has subject matter jurisdiction over the claims asserted in this Complaint pursuant to 28 U.S.C. §§ 1331, 1332.

6.

The amount in controversy exceeds $75,000.00 exclusive of interest and costs.

7.

Defendants are subject to the jurisdiction and venue of this Court pursuant to 28 U.S.C § 1332, 28 USC § 1391(b), Ga. Const. Art. VI, § 2, ¶ IV, O.C.G.A. § 9-10-91, O.C.G.A. § 9-10-93, O.C.G.A. § 33-4-1, O.C.G.A. § 14-2-510, O.C.G.A. § 40-12-3 and other applicable law.

## FACTS

8.

At all times material hereto each of the defendants were acting through each of their agents and employees acting within the course and scope of their agency, employment and authority.

9.

At all times material hereto, each of the Defendants individually and jointly owned, possessed, maintained and operated the Crowne Plaza Atlanta Airport Hotel located at 1325 Virginia Ave, Atlanta, GA 30344

10.

On or about September 16, 2019, Plaintiff was a guest at the Crowne Plaza Atlanta Airport Hotel, when due to the negligence and carelessness of the Defendants, she was caused to sustain serious personal injury when a trash can which was not properly positioned and supported fell over and struck her in the back of the right leg.

## **LIABILITY AND DAMAGES**

11.

Plaintiff incorporates herein by reference the allegations of the previous paragraphs as if each were fully set forth herein in their entirety.

12.

Defendants were negligent and careless in inter alia failing to secure the trash can; allowing it to get overfilled, placing it in a precarious position, designing the hotel so that trash cans such as the one involved in the incident could be placed in such location, failing to warn the Plaintiff and others of the danger, failing to provide safe trash cans, failing to provide trash cans which were stable and otherwise acting in a careless and negligent manner.

13.

As a result of the defendants' negligence Plaintiff sustained a significant injury to her leg, underwent extensive medical treatment and incurred medical bills, had to have surgery to help to alleviate her pain and swelling along with therapy, and diagnostic studies all in an effort to cure and ameliorate her injuries. She continues with weakness which caused her to fall and get re-injured, and she has significant sensitivity in the area of the injury.  She has suffered pain and suffering and loss of life's pleasures and will likely do so in the future; she has been and may be prevented from attending to her usual duties, avocation and occupation such that

she has lost, and may in the future lose earnings or earning capacity due to the accident; along with other injuries and damages, all of which are or may be permanent.

14.

Defendants' negligence is the sole and proximate cause of the injuries, damages and losses set forth above.

15.

Defendants are liable to Plaintiff for all of the injuries, damages and losses set forth herein. Plaintiff claims damages from each Defendant in an amount in excess of $50,000. The amount requested requires submission of this matter to a jury trial.

## **PRAYER FOR RELIEF**

16.

WHEREFORE Plaintiff prays for the following relief:

(a)   A trial by jury on all issues in this case;

(b)   That summons issue requiring the Defendants to appear as provided by law to answer this Complaint;

(c)   That judgment be entered in favor of Plaintiff and against Defendants;

(d)   That Plaintiff have and recover all damages for all losses compensable under Georgia law as set forth above;

(e)   For Plaintiff to be awarded her special damages in an amount to be

shown by the evidence at trial;

(f) For Plaintiff to be awarded his general damages in an amount to be determined by the enlightened conscience of an impartial jury at trial;

(g) That service be had on the Defendants as provided by law;

(h) That all expenses of litigation, including attorney's fees, be cast against the Defendants; and

(i) For such other and further relief as the Court deems just and proper.

This 30th day of June, 2021.

                                              **THE GUMPRECHT LAW FIRM**

                                               */s/ Michael E. Gumprecht*
                                              MICHAEL E. GUMPRECHT
                                              GEORGIA STATE BAR NUMBER 903081
                                              ***ATTORNEY FOR PLAINTIFF***

125 TOWNPARK DRIVE #300
KENNESAW, GEORGIA 30144
TELEPHONE:  678-800-1050
FACSIMILE:  678-800-1500
E-MAIL:     MICHAEL@GALAWFIRM.COM