# IN THE UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| NAEEMAH WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO.: 1:21-cv-02641-ELR |
| IHG MANAGEMENT (MARYLAND) ) | |
| LLC) and SIX CONTINENTS ) | |
| HOTELS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

COME NOW Plaintiff and Defendants and hereby give notice of settlement of the above-entitled matter. The parties, through their respective counsel, will be filing shortly a stipulation to dismiss this matter with prejudice.

Respectfully submitted this 21st day of June, 2022.

| **Joseph Chaiken & Associates, PC** | **Lewis Brisbois Bisgaard & Smith LLP** |
|---|---|
| /s/ Joseph Chaiken | /s/ James R. Doyle |
| Joseph Chaiken (*by James R. Doyle with express permission*) | James R. Doyle |
| 1800 JFK Boulevard, Suite 810 | Georgia Bar No. 229495 |
| Philadelphia, Pennsylvania 19103 | 600 Peachtree Street NE, Suite 4700 |
| (215) 564-1800 | Atlanta, Georgia 30308 |
| jchaiken@jchaikenlaw.com | (404) 567-6589 |
| ***Attorney for Plaintiff*** | James.Doyle@lewisbrisbois.com |
| | ***Attorney for Defendants*** |

4867-0209-2581.1

IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| NAEEMAH WEST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IHG MANAGEMENT (MARYLAND) ) <br> LLC) and SIX CONTINENTS ) <br> HOTELS, INC., ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE <br> NO.: 1:21-cv-02641-ELR |

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that this **NOTICE OF SETTLEMENT** complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia. Counsel hereby states that this **NOTICE OF SETTLEMENT** has been typed in Times New Roman 14 count.

Respectfully submitted, this 21st day of June, 2022.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ JAMES R. DOYLE*
JAMES R. DOYLE
State Bar No.: 228495
*Counsel for Defendants*

Bank of America Plaza
600 Peachtree Street NE, Suite 4700
Atlanta, Georgia  30308
404.348.8571 – Telephone
404.467.8845 – Facsimile
James.Doyle@lewisbrisbois.com

IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| NAEEMAH WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO.: 1:21-cv-02641-ELR |
| IHG MANAGEMENT (MARYLAND) | ) | |
| LLC) and SIX CONTINENTS | ) | |
| HOTELS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the within and foregoing **DEFENDANTS' RESPONSE AND OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESSES** with the Clerk of Court via the CM/ECF system, which will send notification of such filing to the following:

**Michael E. Gumprecht, Esq.**
**THE GUMPRECHT LAW FIRM**
**125 Townpark Drive, Suite 300**
**Kennesaw, Georgia 30309**

**Joseph Chaiken, Esq.**
**Joseph Chaiken & Associates, PC**
**1800 JFK Boulevard, Suite 810**
**Philadelphia, Pennsylvania 19103**

4

4867-0209-2581.1

Respectfully submitted, this 21st day of June, 2022.

              **LEWIS BRISBOIS BISGAARD & SMITH LLP**

              */s/ JAMES R. DOYLE*
              JAMES R. DOYLE
              State Bar No.: 228495
              *Counsel for Defendants*

Bank of America Plaza
600 Peachtree Street NE, Suite 4700
Atlanta, Georgia  30308
404.348.8571 – Telephone
404.467.8845 – Facsimile
James.Doyle@lewisbrisbois.com

4867-0209-2581.1