# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| NAEEMAH WEST, | * | |
| Plaintiff, | * | |
| v. | * | 1:21-CV-02641-ELR |
| IHG MANAGEMENT (MARYLAND) LLC, et al., | * | |
| Defendants. | * | |

## O R D E R

On June 21, 2022, the Parties filed a "Notice of Settlement," in which they provide that they have reached a settlement and intend to file a stipulation of dismissal shortly. [Doc. 36]. Therefore, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case.[1] The Parties shall file a stipulation of dismissal upon finalization of the settlement documents. If settlement fails, the Parties should promptly move to reopen the case.

---

[1] The Court notes that administrative closure does not affect the rights of any Party. Any Party may move to reopen the case at any time.

**SO ORDERED**, this 22nd day of June, 2022.

*Eleanor L. Ross*
―――――――――――――――
Eleanor L. Ross
United States District Judge
Northern District of Georgia